PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>DASHAUN YOUNG<br><br>  Defendant. | Case No. 1:22-po-00135-SAB<br><br>[Citations # 9174160 CA/51<br>9174161 CA/51]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Alexandre Dempsey, Assistant United States Attorney, hereby moves to dismiss Citations Numbered 9174160 and 9174161, which are included in Case No. 1:22-po-00135-SAB against DASHAUN YOUNG, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: September 12, 2022            Respectfully submitted,

                                     PHILLIP A. TALBERT
                                     United States Attorney

                              By:    /s/ *Alexandre Dempsey*
                                     ALEXANDRE DEMPSEY
                                     Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that both Citations Numbered 9174160 and 9174161, which are included in Case No. 1:22-po-00135-SAB against DASHAUN YOUNG be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **September 13, 2022**

_____
UNITED STATES MAGISTRATE JUDGE